**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Leon MORMONT–ASER, Defendant— Appellant.**

No. 01–50699.

D.C. No. CR–00–00111–AHS.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 2, 2002.*

Decided Dec. 10, 2002.

Before GOODWIN, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Leon Mormont–Aser appeals his 84-month sentence following his guilty plea for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Mormont–Aser contends that the district court abused its discretion by denying a further continuance of his sentencing hearing, so that his counsel could analyze newly received medical records and present potential new information to support a downward departure. This contention is unpersuasive. Even assuming Mormont–Aser could show diligent preparation, the need for a continuance, and lack of inconvenience to others, he fails to show that the denial of a continuance prejudiced him. *See United States v. Zamora–Hernandez*, 222 F.3d 1046, 1049–50 (9th Cir.2000) (stating that a showing of prejudice is required). The court was aware of Mormont–Aser's medical conditions. He has not pointed to any additional information from the medical records that could have warranted a discretionary downward departure. *See* U.S.S.G. §§ 5H1.3, 5H1.4 (instructing that mental and physical conditions are not ordinarily relevant in determining sentence).

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.